UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE SEMEDO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LON ELLIOTT and CITY OF BROCKTON, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:10-cv-11976 |

## STATUS REPORT

In accordance with Clerk's Notes from the Status Conference held on October 5, 2011, before the Honorable Judge Rya W. Zobel, the parties report as follows:

1. Plaintiff Jose Semedo ("Plaintiff") and the Defendant City of Brockton have exchanged settlement proposals but have not yet reached agreement as to any terms of settlement for this case.

2. Plaintiff intends to re-notice its Rule 30(b)(6) deposition of the City of Brockton for the second or third week of November.

3. Plaintiff is not, at this time, prepared to agree to mediation of this matter.

Respectfully submitted,

Jose Semedo
By his attorneys,

/s/ Timothy J. Reppucci_____
Darah L. Schofield (BBO # 663219)
Maya L. Sethi (BBO # 664128)
Timothy J. Reppucci (BBO # 678629)
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Boulevard
Boston, Massachusetts 02210
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000

/s/Rahsaan D. Hall_____
Rahsaan D. Hall, Esq. (BBO # 645369)
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
Telephone:  (617) 988-0608
Facsimile:  (617) 482-4392

The City of Brockton, by its attorneys,

/s/ Stephen C. Pfaff_____
Stephen C. Pfaff, Esq.
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02210


 /s/ Lon Elliott_____
Lon Elliott, *pro se*


## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and that paper or electronic copies will be sent to those indicated as non-registered participants on October 28, 2011.

              /s/ Timothy J. Reppucci_____
              Timothy J. Reppucci

2055634.1