UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JOSE SEMEDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:10-cv-11976-RWZ |
| v. ) | |
| ) | |
| LON ELLIOTT and CITY OF BROCKTON, ) | |
| ) | |
| Defendants. ) | |

**AFFIDVIT OF DARAH L. SCHOFIELD, ESQ., IN SUPPORT OF
PLAINTIFF JOSE SEMEDO'S OPPOSITION TO
<u>DEFENDANT CITY OF BROCKTON'S MOTION FOR SUMMARY JUDGMENT</u>**

I, Darah L. Schofield, Esq., hereby depose and state as follows:

1. I am an attorney with Nutter McClennen & Fish, LLP, and one of the attorneys representing the plaintiff Jose Semedo in this action. I submit this affidavit in support of Jose Semedo's Opposition to Defendant City of Brockton's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c).

2. I have personal knowledge of the matters contained herein.

3. A true and accurate copy of excerpts from the transcript of former Brockton police officer Terry Moreland's Deposition is attached hereto as **Exhibit A**.

4. A true and accurate copy of excerpts from the Defendant Lon Elliott's Deposition Transcript is attached hereto as **Exhibit B**.

5. A true and accurate copy of excerpts from the Rule 30(b)(6) Deposition Transcript of the Defendant City of Brockton (Captain Emanuel Gomes) is attached hereto as **Exhibit C**.

6. A true and accurate copy of excerpts from the Continued Rule 30(b)(6) Deposition Transcript of the Defendant City of Brockton (Emanuel Gomes) is attached hereto as **Exhibit D**.

7. A true and accurate copy of the complaint of Jaime Ward is attached hereto as **Exhibit E**. The City did not produce any record that it investigated the underlying incident or the officers involved.

8. A true and accurate copy of the complaint by J. Owens (*Owens v. City of Brockton et al.*, U.S. District Court C. Mass. Case No. 1:00-cv 11140-WGY [Doc. No. 1]) is attached hereto as **Exhibit F**. The City did not produce any record that it investigated the underlying incident or the officers involved. The City did not produce records of any report by any officer of the racist statements. The City did not produce any record that any of the officers involved in this incident were ever disciplined or that any of the officers were subsequently trained on issues of racial discrimination or sensitivity.

9. A true and accurate copy of the complaint of A. Akhter and the associated Disposition Letter are attached hereto as **Exhibit G**. The City investigated the complaint but could not prove that the officer acted in a partial or unprofessional manner. Exh. G.

10. A true and accurate copy of the complaint of S. Christmas and a Letter from the District Attorney forwarding a copy of the complaint to the BPD are attached hereto as **Exhibit H**. The City did not produce any record of an investigation of the underlying incident or the officers involved. The City likewise did not produce any record that the officers involved were ever disciplined or trained on issues of racial discrimination or sensitivity.

11. True and accurate copies of the complaints M. Jack, R. Campbell, R. Jackson, L. Johnson, and F. Teixeira are attached hereto as **Exhibit I**. The City did not produce any record of

an investigation of the officers involved or that the officers were ever trained on issues of racial discrimination or sensitivity.

12. A true and accurate copy of the complaint M. Narcisse is attached hereto as **Exhibit J**.

13. A true and accurate copy of the Disposition Letter to M. Narcisse is attached hereto as **Exhibit K**.  The City did not produce any record that the officer involved in the incident underlying the complaint received any training in racial sensitivity or discrimination as a result.

14. A true and accurate copy of the complaint of S. Fombush and Disposition Letter are attached hereto as **Exhibit L**.  The City investigated the complaint and dismissed the matter upon representation by the offending officer (Sgt. Linehan) concerning his conduct.  The City did not discipline or train the officer on issues of racial sensitivity or discrimination as a result.

15. A true and complete copy of the Verified Complaint of J. Davila-Lynch (*Davila-Lynch v. City of Brockton et al.*, U.S. District Court D. Mass. Case No. 1:09-cv-10817-RGS [Doc. No. 1]) is attached hereto as **Exhibit M.**  The City did not produce any record of an investigation of the underlying incident, or of any record that any officer reported the conduct of officers involved in the incident for misconduct.

16. A true and complete copy of the Memorandum and Order on Defendant's Motion for Summary Judgment (*Davila-Lynch, supra* [Doc. No. 33]) is attached hereto as **Exhibit N**.

17. A true and accurate copy of excerpts from the Deposition Transcript of Jeremiah Davila-Lynch (*Davila-Lynch, supra* [Doc. No. 31-1]) is attached hereto as **Exhibit O**.

18. A true and complete copy of the complaint of J. Summers (*Summers v. City of Brockton et al.*, U.S. District Court D. Mass. Case No. 1:09-cv-12006-DJC [Doc. No. 1]) is

attached hereto as **Exhibit P**.  The City did not produce any record that the incident underlying the complaint was investigated, or that any of the officers involved were reported by other officers for misconduct.  The City did not produce any record that the officers were trained on issues of racial sensitivity or discrimination as a result of their participation in the incident.

19. A true and accurate copy of excerpts from the testimony of Officer William Healy, excerpted from the Civil Service Hearing Transcript (Vol. II) in the matter of City of Brockton and Lon Elliott, is attached hereto as **Exhibit Q**.  The City did not produce any record of a report of officer misconduct by any of the officers involved in the incident described by ofc. Healy.  Nor did the City produce any record of any investigation, or that Elliott ever received any discipline or training on issues of racial discrimination and sensitivity in connection with his conduct.

20. A true and accurate copy of Mr. Semedo's Interrogatory No. 16 and the City's written response thereto is attached hereto as **Exhibit R**.

21. A true and accurate copy of the list of complaints produced by the City to supplement its previous response to Interrogatory No. 16 is attached hereto as **Exhibit S**.  The City did not produce any record of any officer reporting the misconduct of another officer in connection with the incidents underlying the complaints contained therein.

22. A true and accurate copy of excerpts from the Civil Service Hearing Transcript (Vols. I & II) in the matter of City of Brockton and Lon Elliott are attached hereto as **Exhibit T**.

23. A true and accurate copy Report of Hearing Officer (In re: The Five-Day Suspension and Contemplated Discharge of Sergeant Lon Elliott) is attached hereto as **Exhibit U**.

24. A true and complete copy of the Letter, dated December 12, 2008, from Chief William Conlon to Lon Elliott is attached hereto as **Exhibit V**.

25. A true and complete copy of the Letter, dated January 29, 2009, from Mayor James Harrington to Lon Elliott is attached hereto as **Exhibit W**.

26. Documents produced by the City did not include any record of the complaints against ofc. Michael Darrah or the investigation of those complaints, which led to his termination in 2009. A true and complete copy of the District Attorney's press release concerning the complaints, the subsequent investigation, and ofc. Darrah's termination is attached hereto as **Exhibit X**.

27. A true and accurate printout from January 31, 2012 of a summary of the census data for the City of Brockton published by Wikipedia (http://en.wikipedia.org/wiki/Brockton,_Massachusetts) is attached hereto as **Exhibit Y**.

28. A true and complete copy of the Letter, dated January 9, 2012, listing documents for production is attached hereto as **Exhibit Z**. The City has failed or refused to produce any of the documents identified in the request, to make them available for inspection, or to identify them in a privilege log.

29. True and accurate copies of excerpts from the Basic Curriculum of the Massachusetts Criminal Justice Training Council, provided by the Massachusetts Police Training Committee (Bias Crimes and Cultural Diversity), are attached hereto as **Exhibit AA**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ Darah L. Schofield*_____
                                              Darah L. Schofield

Executed on February 8, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and complete copy of the above Affidavit of Darah L. Schofield, Esq. In Support of Plaintiff Jose Semedo's Opposition to Defendant City of Brockton's Motion for Summary Judgment upon counsel of record for each party via the Court's ECF filing system on February 8, 2012, and by mailing the same to the *pro se* Defendant Lon Elliott, at 165 Leonard Farm Road, Abington, MA 02351.

                                            */s/ Darah L. Schofield*
                                            Darah L. Schofield

2076007.1