# EXHIBIT A

Page 1

VOL. I
PAGES 1-72
EXHIBITS - None
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 09-CV-10817-NG

*********************************
JEREMIAH DAVILA-LYNCH, et al      *
       Plaintiffs                 *
vs.                               *
The CITY OF BROCKTON, ET AL       *
       Defendants                 *
*********************************

        DEPOSITION OF TERRY MORELAND, taken on behalf of the plaintiffs, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Irma Widomski, a Registered Merit Reporter, and Certified Shorthand Reporter, No. 131593 in and for the Commonwealth of Massachusetts, at the offices of Krasnoo/Klehm, LLP, 23 Main Street, Suite 6, Andover, Massachusetts, on Wednesday, April 14, 2010, commencing at 1:00 p.m.

Page 2

1  PRESENT:
2  KRASNOO/KLEHM, LLP
       (by James B. Krasnoo, Esquire and Benjamin
3       Falkner, Esquire)
       23 Main Street, Second Floor
4       Andover, Massachusetts 01810-3730
       (978) 475-9955
5       jkrasnoo@krasnooklehm.com
       For the plaintiffs
6
   LOUISON, COSTELLO, CONDON & PFAFF, LLP
7       (by Stephen C. Pfaff, Esquire)
       67 Batterymarch Street
8       Boston, Massachusetts 02110
       (617) 439-0305
9       Spfaff@lccplaw.com
       For the defendant

Page 3

1                    I N D E X
2
   WITNESS:      DIRECT  CROSS  REDIRECT  RECROSS
3
   Terry Moreland
4
   BY Mr. Krasnoo    4              65
5  BY Mr. Pfaff              59
6                    E X H I B I T S
7  NO.  PAGE  DESCRIPTION
8
   None

Page 4

1                 P R O C E E D I N G S
2                    TERRY MORELAND,
3  a witness first having been duly sworn and
4  identified, under oath deposes and says as
5  follows:
6                 DIRECT EXAMINATION
7  BY MR. KRASNOO:
8  Q.  Is it Patrolman Moreland?
9  A.  No.
10 Q.  Sergeant?
11 A.  No.
12 Q.  What is it?
13 A.  Just Terry Moreland.
14 Q.  Mr. Moreland, have you ever been deposed before?
15 A.  Yes.
16 Q.  Let me just give you a few of the ground rules
17     to make sure that you understand them.  You have
18     the right to review your deposition?
19 A.  Okay.
20 Q.  So the way we'll work that is that we will send
21     a copy of it to Mr. Pfaff and Mr. Pfaff will
22     forward it to you and --
23         MR. PFAFF:  I won't.  No, it's direct.
24     I'm not acting as his counsel.

2 (Pages 5 to 8)

Page 5

[lines 1-24 blank]

Page 6

[lines 1-24 blank]

Page 7

[lines 1-24 blank]

Page 8

1  Q.  At that time in your life, May 19 and May 20,
2      2006, did you occupy a particular profession?
3  A.  Yes. At that time?
4  Q.  Yes.
5  A.  No.
6  Q.  What do you do for a living now?
7  A.  I'm currently a correctional officer.
8  Q.  How long have you been that?
9  A.  About a year and four months.
10 Q.  And before that, did you work?
11 A.  Yes.
12 Q.  And what kind of work did you do?
13 A.  I was a police officer in Brockton.
14 Q.  When did you begin being a police officer in
15     Brockton?
16 A.  May of 1987.
17 Q.  So in May 2006, were you still a Brockton police
18     officer?
19 A.  No, I was not.
20 Q.  When did you stop being a Brockton police
21     officer?
22 A.  I believe probably around December 2004.
23 Q.  Do you have a memory of having met with
24     Mr. Davila-Lynch on the evening of May 19, 2006

4 (Pages 13 to 16)

| Page 13 | Page 15 |
|---|---|
| | 1  of May 19 as well? |
| | 2  A.  Yes. |
| | 3  Q.  Did you discuss any job-related activities that |
| | 4      either you were performing at that point or he |
| | 5      was performing? |
| | 6  A.  I don't believe so. |
| | 7  Q.  From 2004 until you got the job with |
| | 8      corrections, were you working anywhere other |
| | 9      than -- |
| | 10 A.  During that time, I worked an assortment of |
| | 11     different types of jobs waiting for a particular |
| | 12     job to arise. I was -- there was a time I |
| | 13     worked at a transportation company as a safety |
| | 14     officer, that was VHS Transportation Company in |
| | 15     South Easton. There was a time I worked as a |
| | 16     driver for a company in Avon, so there was like |
| | 17     several jobs in between until something |
| | 18     materialized. |
| | 19 Q.  What were the circumstances under which you |
| | 20     departed the Brockton police force? |
| | 21 A.  During that particular time I was -- I grew up |
| | 22     in Brockton. Fortunately when I got out of my |
| | 23     school, got out of school, my degree was in |
| | 24     criminal justice. I graduated from Westfield |

| Page 14 | Page 16 |
|---|---|
| | 1  State College with a degree in criminal justice. |
| | 2  At that time, I got lucky enough that I got |
| | 3  picked for my hometown. I was there for like |
| | 4  15, 17 years. At that time, I wanted a change. |
| | 5  I wanted to try something else out. I wanted to |
| | 6  go beyond Brockton. At that time also, I wasn't |
| | 7  feeling -- I just wanted a change within as far |
| | 8  as working within the city. |
| | 9  Q.  You started something and you cut it off, you |
| | 10     said I wasn't feeling but then you stopped? |
| | 11 A.  Right. |
| | 12 Q.  You weren't feeling what? |
| | 13 A.  I wasn't feeling probably loved within the city, |
| | 14     within the department. There was a lot of |
| | 15     things going on at the time that I didn't |
| | 16     necessarily agree with and I wanted a change. |
| | 17 Q.  Did anything that you didn't necessarily agree |
| | 18     with involve any of the following officers, |
| | 19     Sergeant Celia? |
| | 20 A.  No. |
| | 21 Q.  Officer Baroud? |
| | 22 A.  I don't know Officer Baroud. |
| | 23 Q.  Officer Mercurio? |
| | 24 A.  No. |

Page 17

1  Q.  Officer Cantone?
2  A.  No.
3  Q.  Officer Dickinson?
4  A.  No.
5  Q.  Did any of the things which you didn't agree
6      involve internal investigations?
7  A.  Yes.
8  Q.  Did it involve Sergeant Brian Leary?
9  A.  No.
10 Q.  What was it that involved internal
11     investigations with which you didn't agree?
12 A.  At that particular time, I felt that they
13     wasn't, that they wasn't fair across the board.
14     I felt that the type of person I am, if I were
15     to stay longer I would have got caught up in
16     something and I didn't want to get caught up in
17     something. I wanted to leave on my own.
18 Q.  When you say that you believe they weren't fair
19     across the board, what kind of fairness are you
20     talking about?
21 A.  I think the fact how they -- there are things --
22     obviously the fact you guys haven't been a
23     police officer, I believe the fact that if you
24     was a different type of person, they had

Page 18

1   problems with it. I was a guy that grew up in
2   the City of Brockton, knew a lot of people
3   because I grew up in the City of Brockton. I
4   still socialize with people that I grew up with
5   because I grew up in the City of Brockton.
6   They, meaning a fellow officers, felt as though
7   that once you got to a certain point you
8   shouldn't be dealing with certain types of
9   people. I didn't because I grew up in there. I
10  knew them far longer than I knew people that was
11  on the department. I believe in socializing
12  where I wanted to go to and the fact that I
13  didn't care if they see me going to certain
14  types of places because I wasn't doing nothing
15  wrong.
16         And if like, for example, if I went
17  into a black bar, predominantly black clientele
18  and I parked my car in front of the black bar
19  and a cruiser happened to go by, they might say
20  why are you going to that particular bar? If I
21  went into a predominantly black bar, there might
22  be people, they won't say it to me per se
23  because obviously the fact that they wouldn't,
24  they might question why you're going there.

Page 19

1          And I believe the fact that when you
2   know when I make my money, I can spend it
3   anywhere I choose to spend it. If I'm going
4   there to socialize with people I've known for a
5   far long period of time, I should be able to do
6   that. So obviously the fact that if you march
7   to a different beat that's not their beat, they
8   might think there's something wrong with it. I
9   didn't agree with some of their ways going about
10  things.
11 Q.  How long had that been a factor that existed
12     affecting your employment with the Brockton
13     police department?
14 A.  I think that probably towards the -- my first,
15     like I said, I have been on for approximately 17
16     years. The first ten years was fine. I think
17     towards the end, the fact that's just, I just
18     wasn't feeling loved there per se and I wanted
19     to leave on my own accord. That's basically --
20     obviously the fact that I didn't want to leave
21     with having something in your jacket or in your
22     folder that would damage me from going any place
23     else.
24         At that time, I decided that I was

Page 20

Page 33

Page 34

Page 35

Page 36

```
15      it's a new game and that's how it is.
16  Q.  Did you think based on your personal experiences
17      at the Brockton police department, did you think
18      that the attitude where they didn't, some
19      officers there didn't like your going to the
20      bars that were predominantly black, that you
21      went to see your friends, did you think that was
22      racist in origin or treatment of you?
23          MR. PFAFF: Objection.
24  A.  Yes.
```

Page 49

Page 50

Page 51

```
 9  Q.  Do you believe, sir, that the Brockton police
10      department enforces the laws differently for
11      white people as opposed to black people?
12  A.  Yes.
13  Q.  And could you tell us what your belief is in
14      that regard?
15  A.  I think basically with Jerry's case, obviously
```

Page 52

14 (Pages 53 to 56)

Page 53

Page 54

13  Q.  Are there other examples of unequal enforcement
14      of the laws of which you're aware as done by the
15      Brockton police department?
16          MR. PFAFF:  Objection.
17  A.  Yes.
18  Q.  Are they personal examples known to you?
19  A.  Yes.
20  Q.  Would you tell us them as far as you can?
21  A.  Basically, there are some I personally
22      experienced, some things there in which I wasn't
23      comfortable with.  And during that process, I
24      was kind of surprised some things that happened.

Page 55

Page 56