# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3 - - - - - - - - - - - - - - - - - - - - - -

 4 JOSE SEMEDO,

 5          Plaintiff,

 6

 7 vs.                    C.A. No.:  1:10-cv-11976-RWZ

 8

 9 LON ELLIOTT and CITY OF BROCKTON,

10          Defendants.

11 - - - - - - - - - - - - - - - - - - - - - -

12

13            DEPOSITION OF EMANUEL GOMES

14

15                 November 22, 2011

16

17             Commencing at 10:57 a.m.

18

19           Nutter, McClennen & Fish, LLP

20              155 Seaport Boulevard

21              Boston, MA 02210

22

23

24       Christine M. Ferraro, Court Reporter
```

**EcoScribe Solutions**

www.EcoScribeSolutions.com

888.651.0505



1   Q.    Do you have any responsibilities or duties

2         with respect to documenting the training

3         Brockton police officers have received?

4   A.    Yes.

5   Q.    And what duties are those?

6   A.    The duties are that once officers receive

7         training, everything is maintained in their

8         personnel folder, such as everything from

9         the academy forth, to continuous in-service

10        training which officers are mandated, right

11        down to firearms, the firearms

12        re-qualifications that they partake in as

13        mandated on a yearly level, inservice such

14        as case law, motor vehicle updates, CPR,

15        defib, all that first-aid, and also any

16        specialized training that officers receive

17        throughout their career.  Officers will

18        receive training in any number of

19        specialized things that pertain to their

20        job, and those too would be in their

21        personnel folder, as well as college degrees

22        that they may have attained.

23  Q.    Do you have any duties with respect to

24        hiring Brockton police officers?

1          only speak to since it's been under my

2          command.  But, you know, now we go as far as

3          meeting with military individuals,

4          extensive.

5    Q.    And were you responsible for hiring Lon

6          Elliott?

7    A.    No, I was not.

8    Q.    Who was in charge then, do you know?

9    A.    Back then, it was a Captain David Dennehy

10         who was in charge.  He is now retired.

11   Q.    Do you have any duties and responsibilities

12         to maintain files on the conduct and

13         performance of Brockton police officers?

14   A.    Yes.

15   Q.    And what are those?

16   A.    Well, anything that's investigated obviously

17         stays in internal affairs, if there is any

18         misconduct.  We also, in our files -- we

19         keep any complaint that's made on the

20         officer, and its disposition upon final

21         investigation.  There are a number of ways

22         that an internal affairs investigation can

23         be ruled at the end, and then it's reported

24         to the chief, but it's also always done in

```
 1           writing to the chief.
 2   Q.      And those files that are kept in internal
 3           investigations or internal affairs, those
 4           are separate from personnel files?
 5   A.      Yes.
 6   Q.      And do you have any responsibility for
 7           keeping personnel files?
 8   A.      No.  The personnel files are kept separate,
 9           and those are kept by the chief and his
10           administrative assistant.
11   Q.      While Mr. Elliott was employed with the
12           Department, did you maintain files on him?
13   A.      During my tenure, until he was discharged
14           from the department.  So I would have been
15           responsible for those records from 2004 to
16           the day of his discharge, which pertains to
17           Elliott.
18   Q.      And before that, his internal affairs
19           records --
20   A.      Before I had it, it fell under a Captain
21           Eric Nordine who had it in the interim from
22           when Captain David Dennehy retired.
23   Q.      And for the same period, personnel files for
24           Mr. Elliott were kept by the chief?
```

1    A.    Correct.

2    Q.    Are you the Department's training officer?

3    A.    Training falls under me.  That's all part

4          and parcel with internal affairs.  It's kind

5          of a maintenance of professional standards.

6    Q.    Is there someone else who's designated as an

7          auxiliary bureau training officer?

8    A.    There is an auxiliary bureau but training

9          doesn't fall under them like -- the internal

10         affairs also maintains, like I mentioned

11         earlier, everything from CPR, all the

12         mandated re-training that there is.  We

13         maintain that someone actually attended, and

14         we also do some on-line training now, and

15         Sergeant Timmy Stanton is the person that

16         actually has access to go in the computer

17         and verify that every officer has completed

18         the mandated, even on-line, training.  So it

19         all falls under internal affairs.

20   Q.    And you keep records of that?

21   A.    Yes.

22   Q.    Do you have duties and responsibilities with

23         respect to evaluating training needs of the

24         Department?

1   A.      Yes.

2   Q.      And how do you do that?

3   A.      The training needs is, as special situations

4           arise with new equipment that we want to

5           purchase, or whenever there's changes in any

6           equipment that we use, let's say we go and

7           we start using a different Breathalyzer

8           machine, people will need to be scheduled to

9           be trained and to become certified, things

10          of that nature.  Equipment changes in the

11          Department, depending on people's specific

12          assignments.

13               And we make sure even if someone

14          is going to be a, let's say a motorcycle

15          officer, he still needs to be certified so

16          he can ride the motorcycle.  And we make

17          sure that all the training and certification

18          is done before the person is assigned to

19          that, such as a K9.  So the majority of

20          specialized training for specialized

21          positions.

22   Q.      So you do review and have duties for

23          evaluating training needs for individual

24          officers, correct?

1    A.    Yes.

2    Q.    Based on new equipment or anything else?

3    A.    Well, sometimes officers request to go to

4          specialized training, and I review that to

5          see if there's a need, and if I have the

6          money in a budget to do so.  I have a

7          limited training budget in the vicinity of

8          about 30,000 dollars a year, and we try to

9          send patrolmen for different things and, you

10         know, it could be a homicide investigator

11         school, arson school, any of those, any of

12         those special fortes, if you will.

13   Q.    Were you responsible for preparing the

14         City's responses to Mr. Semedo's

15         interrogatories in this case?

16   A.    No, I was not.

17   Q.    Do you know who was?

18   A.    No, I do not.

19   Q.    Were you responsible for responding to

20         Mr. Semedo's document request?

21   A.    I don't remember seeing those, no.

22   Q.    Do you remember seeing --

23               MR. PFAFF:  Just for the record, I

24         think Stanton signed the City of Brockton's

JOSE SEMEDO vs. LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 28

1        rules and policies governing their conduct

2        in performing those duties?

3  A.    Yes.

4  Q.    Do you have any duties and responsibilities

5        with respect to making or modifying those

6        rules and policies?

7  A.    I don't know of any policies that have been

8        modified.  I've never played a role in

9        modifying policies.  We operate with the

10       policies that are in place.

11  Q.    Who makes the policies?

12  A.    The policies would fall under the chief.

13  Q.    I'm going to show you what's marked Exhibit

14        2.

15           (Exhibit No. 2 marked for

16        identification.)

17  Q.    Captain Gomes, this document is titled

18        Brockton Police Department Rules and

19        Regulations Manual.  Do you see that?

20  A.    Yes.

21  Q.    Are you familiar with it?

22  A.    Yes, I am.

23  Q.    What is it?

24  A.    These are the rules and regulations manual

JOSE SEMEDO vs. LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 35

1    Q.    Does the Department keep records or

2          statistics on the size of separate

3          populations by race, ethnicity or national

4          origin?

5    A.    No.

6                    MR. PFAFF:  The population of the

7          Department or the population of the city?

8    Q.    Of the city.  My apologies.

9    A.    No, we don't keep any such data.

10   Q.    Does the Department keep records of the

11         statistics of the number of complaints

12         against individuals, individual officers of

13         the department by members of separate

14         minority populations?

15   A.    No.

16                    (Exhibit No. 4 marked for

17         identification.)

18   Q.    I have one more policy and procedures

19         manual.

20                    MS. SCHOFIELD:  I only have one

21         copy of it.  I'm marking it Exhibit 4.

22                    (Exhibit No. 4 marked for

23         identification.)

24   Q.    I'm handing it to you, Captain Gomes.  It

JOSE SEMEDO vs. LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 37

1  Q.  It's a big one, isn't it?

2  A.  It is.

3  Q.  But there are no versions of this policy and

4      procedure manual marked Exhibit 4 between

5      the one that's marked Exhibit 3 that's now

6      in effect?

7  A.  Correct.

8  Q.  I'm going to hand you what will be marked

9      Exhibit 5, and it's a document titled

10     Brockton Police Department duties.  Do you

11     see that?

12 A.  Yes.

13                  (Exhibit No. 5 marked for

14     identification.)

15 Q.  Are you familiar with this document?

16 A.  Yes.

17 Q.  When did it go into effect?

18 A.  To the best of my knowledge, it's been in

19     effect my entire career.

20 Q.  So it's the version that was in effect in

21     November of 2007, correct?

22 A.  Correct.

23 Q.  And is it still in effect today?

24 A.  Yes, it is.

JOSE SEMEDO vs. LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 38

1   Q.   Has it been revised?

2   A.   I don't believe that it has.

3   Q.   What's the purpose of that manual?

4   A.   It just outlines the duties for specific

5        assignments; it also outlines the duties of

6        the differences in rank and what people are

7        responsible for; it outlines the duties

8        between patrol officers, detectives, any

9        special assignments, sergeant, lieutenant,

10       captain, things of that nature.

11  Q.   Are all the duties and responsibilities of a

12       police sergeant set out in that document?

13  A.   Yes, they are.

14  Q.   What are the sergeant's duties and

15       responsibilities?

16  A.   Sergeants are the first-line supervisors for

17       patrolmen and/or detectives who all fall

18       under the rank of patrolmen.  They're the

19       immediate, first-line supervisors.

20            Depending on their assignment

21       within the department, they would have

22       obviously different duties.  Some sergeants

23       are in specialized positions such as, you

24       know, records, detectives, gang units,

JOSE SEMEDO vs. LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 39

1      things like that.

2  Q.   How many sergeants are there?

3  A.   There are 20.

4  Q.   And who do they supervise?

5  A.   They supervise -- depending on their

6      assignment, if they're on the line, they

7      would be first-line patrol supervisors and

8      they would supervise the patrolmen who

9      are -- the uniformed patrolmen who are on

10      the street, and a lot of times they'll

11      follow up calls and everything on the shift.

12          Some have specialized assignments,

13      like I said.  Like there are sergeants

14      assigned to detectives, who obviously

15      supervise detectives.  We have a sergeant

16      assigned to the courthouse who overseas all

17      criminal complaints and motor vehicle

18      offense dispositions there.

19          So there's a multitude of

20      different assignments that have different

21      duties, and they are filled by the rank of

22      sergeant.

23  Q.   Who do they report to?

24  A.   It depends on their assignment and it

JOSE SEMEDO vs.  LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 40

1      depends on what bureau they fall under.

2   Q.    Do they generally -- well, who supervises

3         the sergeants?

4   A.    That would fall -- if they're on the line,

5         they would fall under the lieutenants who

6         are assigned to the shift.

7   Q.    And what are the lieutenants' duties and

8         responsibilities?

9   A.    The lieutenants on the shift have overall

10        supervisory function and assignments of

11        officers and also the transferring.  They

12        would play a role of transferring of

13        officers, where a sergeant would not, and

14        they in turn make sure that the sergeants

15        are doing their job.

16  Q.    How many lieutenants are there?

17  A.    There are 12.

18  Q.    And who do they report to?

19  A.    The lieutenants report to -- depending on

20        their assignment, they would report to one

21        of the bureaus that they're assigned to.  We

22        have a number of bureaus.  And also now

23        we're under a CompStat operational guide,

24        where they also answer -- the commanders on

```
 1              underlying the complaint?

 2   A.    When you say "familiar," if I have knowledge

 3         of it?

 4   Q.    Yes.

 5   A.    I have knowledge of it, yes.

 6   Q.    How did you come to have knowledge of that

 7         incident?

 8   A.    Again, it predates me.  When I had internal

 9         affairs, this goes back to where I wasn't

10         even assigned anywhere near there.  I know

11         more about it just that there was an

12         incident that brought about litigation in

13         court.

14   Q.    I'll represent to you that as a result of

15         the incident underlying that complaint, the

16         officers, including Lon Elliott, were

17         charged with making derogatory and highly

18         offensive remarks in the presence of and

19         towards civilians.  Is that the type of

20         incident or complaint that the Department

21         would investigate?

22              MR. PFAFF:  Objection to the

23         characterization of Exhibit 9.  You can

24         answer.
```

1  A.   The answer is yes, if a complaint was filed.

2       Sometimes people go on to file complaints

3       elsewhere and they don't necessarily stop at

4       the Brockton Police.  So my answer to that

5       is, we would investigate it having been

6       given the opportunity to.  Some people don't

7       bring the complaint to us.

8  Q.   Do you know whether this specific incident

9       was investigated?

10  A.   That, I do not.

11  Q.   Have you looked to see if there's any record

12       of that investigation or an investigation of

13       that incident?

14  A.   No, I have not.

15  Q.   Is there any record of any disciplinary

16       action taken against Lon Elliott in regards

17       to that complaint?

18  A.   I do not know that.

19            (Exhibit No. 10 marked for

20       identification.)

21  Q.   I'm going to hand you what's marked Exhibit

22       10, which is a complaint filed in 2000 by

23       Aafaque Akhter in connection with an

24       incident that occurred in March 2000.  Do

JOSE SEMEDO vs.  LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 94

1       Department?

2   A.   I don't believe there were.

3   Q.   Has any other officer ever submitted a

4        complaint against Mr. Elliott for racist

5        remarks or behavior?

6   A.   Not that I'm aware of.

7   Q.   Did you check the Department's records for

8        that type of complaint?

9   A.   I would have seen it in the records if it

10       existed.

11  Q.   You checked them for that?

12  A.   Yes.

13  Q.   Do you know whether there's ever been any

14       verbal reports of any racist remarks or

15       behavior by Mr. Elliott?

16  A.   No, I do not.

17  Q.   Would there be a record of that if there

18       were?

19  A.   Would there be a record of a verbal?

20  Q.   Yes.

21  A.   The answer would be yes or no, depending on

22       to the level it was taken.

23  Q.   Has Mr. Elliott ever been required or

24       ordered to participate in sensitivity

JOSE SEMEDO vs.  LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 95

1       classes or training on issues of racial

2       discrimination?

3   A.  Not that I know of.

4   Q.  If he participated in that type of training,

5       would there be a record of it in the

6       Department?

7   A.  If it was mandated by the Department through

8       training, it would be in his personnel

9       folder.

10  Q.  And Mr. Elliott was promoted to the rank of

11      sergeant in March 1994, correct?

12  A.  Yes.

13  Q.  And in 2007, while he was sergeant, he was

14      indicted for the crime of marriage fraud,

15      correct?

16  A.  Yes.

17  Q.  How did the City become aware of that

18      indictment?

19  A.  I don't know how the City was put on notice

20      of that.

21  Q.  Now, I'd like to talk about the policies for

22      intake processing, intake and processing, I

23      guess, of civilian complaints and officer

24      complaints, but first I'm going to ask you

1       take?

2   A.  We have that in internal affairs.  We keep

3       records of, as I mentioned earlier, all

4       certifications, yearly.  Any specialized

5       training people have, we maintain a record

6       of all the certificates and the attendance.

7   Q.  Does the Department require additional

8       training to address specific issues raised

9       by civilian complaints?

10  A.  I don't know what you mean exactly.

11              MR. PFAFF:  Objection to the form.

12      Could you ask the question again?

13  Q.  Yes.  Would a specific civilian complaint or

14      type of civilian complaint prompt the

15      Department to require a certain type of

16      training to address an issue?

17  A.  It may.

18  Q.  Does the Department require that officers

19      participate in training or sensitivity

20      courses on racial discrimination?

21  A.  I don't believe so.

22  Q.  Are you aware of any officers being required

23      to attend training or sensitivity training

24      courses as discipline for their involvement

1       in an incident where a racial incident was

2       alleged?

3   A.  No, I am not.

4   Q.  Were any of the officers that were involved

5       in Mr. Semedo's arrest required to attend

6       training or sensitivity courses on racial

7       discrimination?

8   A.  Not that I know of.

9   Q.  Which of the manual books contain the

10      policies, guidelines or rules for

11      discipline?

12  A.  I don't know what you mean, specific level

13      of discipline.

14  Q.  Does the Department currently have an

15      auxiliary services bureau training officer?

16  A.  The training officer falls under internal

17      affairs right now.

18  Q.  Okay.

19  A.  That would fall through Sergeant Stanton,

20      and he would oversee all specialized

21      training.

22  Q.  And how long has he held that position or

23      taken on that role?

24  A.  Since Sergeant Leary got promoted to

JOSE SEMEDO vs.  LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 113

1   A.   It would have come in through internal

2        affairs, if there were such a complaint.

3   Q.   Have you checked the records in internal

4        affairs for that type of complaint?

5   A.   I'm going just from memory.

6   Q.   I have copies of exhibits that were attached

7        to that complaint, Exhibit 19, and I'm going

8        to hand them to you as the next exhibit.

9                 (Exhibit No. 26 marked for

10       identification.)

11  Q.   I'm going to hand that to you.  It's two

12       letters, both by Mr. Cardoso, the first to

13       James Harrington, the Mayor of Brockton, and

14       the second to Paul Studenski, Chief of

15       police.  Do you see that?

16  A.   Yes.

17  Q.   And are you familiar with that

18       correspondence?

19  A.   No, I'm not.

20  Q.   Who determines what discipline an individual

21       officer should receive?

22                 MR. PFAFF:  Say that again,

23       please.

24  Q.   Who in the Department determines what

```
 1              discipline an individual officer will

 2              receive?

 3     A.       The determination would be made by the

 4              chief.

 5                   MS. SCHOFIELD:  I think that

 6              that's all that I have.

 7                   MR. PFAFF:  Sure.

 8                   MS. SCHOFIELD:  I just want to

 9              take a five-minute break.

10                   (Whereupon, following a recess,

11              the proceedings continued as follows:)

12  BY MS. SCHOFIELD:

13     Q.       I just want to wrap up a couple of things.

14              To be clear, you're not familiar with the

15              hiring of Lon Elliott, right?  You weren't

16              personally involved in that and you haven't

17              spoken with anyone about it, correct?

18     A.       Correct.

19     Q.       And you didn't receive the verbal complaint

20              from Jose Semedo and you haven't spoken to

21              anyone about that complaint, have you?

22     A.       Correct.

23     Q.       You're not responsible and you don't have

24              any duties with respect to keeping personnel
```

JOSE SEMEDO vs. LON ELLIOTT and CITY OF BROCKTON
Gomes, Emanuel on 11/22/2011

2054
Page 115

1              files on the different officers, do you?

2    A.   Correct.

3    Q.   And you weren't responsible and you haven't

4         spoken with anyone about the efforts that

5         were undertaken by the City to answer Jose

6         Semedo's interrogatories, correct?

7    A.   Correct.

8    Q.   And you weren't involved and you haven't

9         spoken with anyone about the efforts

10        undertaken to respond to Mr. Semedo's

11        request for production of documents,

12        correct?

13   A.   Correct.

14   Q.   And you haven't spoken with anyone and you

15        weren't involved in responding to

16        Mr. Semedo's FOIA requests, correct?

17                   MR. PFAFF:  Asked and answered.

18   A.   Correct.

19                   MS. SCHOFIELD:  We're going to

20        release this witness, but we're going to

21        suspend the deposition.

22                   MR. PFAFF:  For what purpose?

23                   MS. SCHOFIELD:  Just to consider

24        whether we need to have someone else come in